| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____ Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    T. Jones Trucking, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

T. Jones Trucking

**3. Debtor's federal Employer Identification Number** (EIN)    85-2446734

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2522 Lake Debra Dr. Apt 21103** **Orlando, FL 32835** | **2137 S. Ivey Lane** **Orlando, FL 32811** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange** | **Location of principal assets, if different from principal place of business** |
| County | **2137 S. Ivey Lane Orlando, FL 32811** |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)    https://www.tjonestruckingandservices.com/

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **T. Jones Trucking, LLC**  Case number (*if known*) _____
        Name

**7. Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
 ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** that apply:

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor   **T. Jones Trucking, LLC**   Case number (*if known*)
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____   When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 3

Debtor  **T. Jones Trucking, LLC**  Case number (*if known*) _____
       Name

- ■ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **T. Jones Trucking, LLC**   Case number (*if known*)
             Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 14, 2023**
                      MM / DD / YYYY

**X** **/s/ Tonette Jones**                                                  **Tonette Jones**
Signature of authorized representative of debtor                Printed name

Title   **Managing Member**

**18. Signature of attorney**

**X** **/s/ Jeffrey S. Ainsworth**                                  Date  **April 14, 2023**
Signature of attorney for debtor                                                  MM / DD / YYYY

**Jeffrey S. Ainsworth 060769**
Printed name

**BransonLaw, PLLC**
Firm name

**1501 E. Concord Street**
**Orlando, FL 32803**
Number, Street, City, State & ZIP Code

Contact phone   **407 894 6834**           Email address   **jeff@bransonlaw.com**

**060769 FL**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **T. Jones Trucking, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Blue Water Capital** <br> **2943 Parkway Blvd.** <br> **Salt Lake City, UT 84106** | | **Merchant cash advance** | **Unliquidated Disputed** | | | **$0.00** |
| **Canal Insurance Company** <br> **c/o Joseph, Mann & Creed** <br> **8948 Canyon Falls Blvd.** <br> **# 200** <br> **Twinsburg, OH 44087** | | **insurance** | | | | **$7,948.69** |
| **Infusion Capital Group** <br> **1000 Johnnie Dodds Blvd.** <br> **Suite 103-302** <br> **Mount Pleasant, SC 29464** | | **Merchant cash advance** | **Unliquidated Disputed** | | | **$23,035.00** |
| **Mantis Funding, LLC** <br> **c/o Zachter, PLLC** <br> **2 University Plaza** <br> **Suite 205** <br> **Hackensack, NJ 07601** | | **Merchant cash advance** | **Contingent Unliquidated Disputed** | | | **$22,603.00** |
| **QuickQ** <br> **501 Corporate Centre Drive** <br> **# 520** <br> **Franklin, TN 37067** | | **cc - Triumph** | **Contingent** | | | **$20,174.89** |
| **Specialty Capital** <br> **6860 Austin Street** <br> **Suite 603** <br> **Forest Hills, NY 11375** | | **Merchant cash advance** | **Contingent Unliquidated Disputed** | **$8,000.00** | **$0.00** | **$8,000.00** |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 1

T. Jones Trucking, LLC
2137 S. Ivey Lane
Orlando, FL 32811

Mantis Funding, LLC
64 Beaver Street
Suite 344
New York, NY 10004

Jeffrey S. Ainsworth
BransonLaw, PLLC
1501 E. Concord Street
Orlando, FL 32803

QuickQ
501 Corporate Centre Drive
# 520
Franklin, TN 37067

Acme Company
64 Beaver Street
Suite 344
New York, NY 10004

Ross Angus Williams
2323 Ross Avenue
Suite 1900
Dallas, TX 75201

Blue Water Capital
2943 Parkway Blvd.
Salt Lake City, UT 84106

Specialty Capital
6860 Austin Street
Suite 603
Forest Hills, NY 11375

Canal Insurance Company
c/o Joseph, Mann & Creed
8948 Canyon Falls Blvd.
# 200
Twinsburg, OH 44087

Tonette Jones
2137 S. Ivey Lane
Orlando, FL 32811

Forerunner Insurance Group
195 Wekiva Springs Road
# 104
Longwood, FL 32779

Zachter, PLLC
30 Wall Street
8th Floor
New York, NY 10005

HEC Leasing, LLC
1117 Firestone Parkway
La Vergne, TN 37086

Infusion Capital Group
1000 Johnnie Dodds Blvd.
Suite 103-302
Mount Pleasant, SC 29464

Mantis Funding, LLC
c/o Zachter, PLLC
2 University Plaza
Suite 205
Hackensack, NJ 07601

**United States Bankruptcy Court**
**Middle District of Florida**

In re    **T. Jones Trucking, LLC**                                  Case No.
                                    Debtor(s)                        Chapter    **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **T. Jones Trucking, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **April 14, 2023** | **/s/ Jeffrey S. Ainsworth** |
| Date | **Jeffrey S. Ainsworth 060769** |
| | Signature of Attorney or Litigant |
| | Counsel for   **T. Jones Trucking, LLC** |
| | **BransonLaw, PLLC** |
| | **1501 E. Concord Street** |
| | **Orlando, FL 32803** |
| | **407 894 6834 Fax:407 894 8559** |
| | **jeff@bransonlaw.com** |